GERALD S. KIM
CA State Bar No. 249886
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 – Fax
File No. 4013629
cdcaecf@BDFGroup.com

Attorneys for Substitute Creditor
OCWEN LOAN SERVICING, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re:<br>CINDY D. TREJO,<br><br>Debtor. | CASE NO.:    2:11-bk-16057-SK<br><br>CHAPTER:    13<br><br>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FRBP 3001(e)** |

TO ALL INTERESTED PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below has been transferred:

1. Person or entity to whom the claim has been transferred (Substitute Creditor) and address where payments should be sent:

    Name: <u>Ocwen Loan Servicing, LLC</u>

    Address: <u>Attn: Payment Processing, 3451 Hammond Avenue, Waterloo, IA 50702</u>

    Telephone number: <u>1-800-850-4622</u>

---

1
NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FRBP 3001(e)

2. Name and Address where notices to Substitute Creditor should be sent:

   Name: <u>Ocwen Loan Servicing, LLC</u>

   Address: <u>Attn: Bankruptcy Department, 1100 Virginia Drive, Suite 175, Fort Washington, PA 19034</u>

   Telephone number: <u>1-800-850-4622</u>

   Last four digits of Acct No.: <u>7775</u>

3. Type of claim: <u>Secured</u>

4. Amount of claim: $<u>320,570.73</u>

5. Date of filing of Proof of Claim: <u>06/13/2011</u>

6. Claims register number: <u>6-1</u>

7. Date of Transfer of claim: <u>09/01/2013</u>

8. Entity who filed the claim (Original Creditor):

   Name: <u>OneWest Bank, FSB</u>

   Address: <u>2900 Esperanza Crossing, Austin, TX 78758</u>

   Telephone number: <u>                    </u>

   Last four digits of Acct No.: <u>2541</u>

9. True and correct copies of the Proof of Claim originally filed and of the document evidencing the transfer of the claim provided by Substitute Creditor are attached hereto and incorporated herein by reference.

                                                  **BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

Dated: <u>11/25/2013</u>             By:   /s/ Gerald S. Kim
                                                   GERALD S. KIM
                                                   Attorney for Substitute Creditor

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FRBP 3001(e)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Transfer of Claim Other Than for Security Pursuant to FRBP 3001(e) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/25/2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Debtor: Cindy D. Trejo, 615 South Mc Donnell Ave., East Los Angeles, CA 90022
- Debtor Attorney: Kaveh Ardalan, 1851 E. First St., Ste. 900, Santa Ana, CA 92705
- Debtor Attorney: Eric C. Hanson, 16038 Gale Ave., Hacienda Heights, CA 91745
- Trustee - Court: Kathy A. Dockery, 700 S. Flower Street, Suite 1950, Los Angeles, CA  90017
- Transferor: OneWest Bank, FSB, PO Box 829009, Dallas, TX 75382-9009

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/25/2013 | GERALD S. KIM | /s/ Gerald S. Kim |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1. PROOF.SERVICE**